**RUBY LEE MINAR, Inc., et al. v. HAMMETT.**
No. 5096.

Court of Appeals of District of Columbia.
Argued April 15, 1931.
Decided June 29, 1931.

Petition for Rehearing Denied Oct. 31, 1931.

**JANOF v. NEWSOM.**
No. 5165.

Court of Appeals of District of Columbia.
Argued June 3, 1931.
Decided June 29, 1931.

Petition for Rehearing Denied Oct. 31, 1931.

John S. Barbour, of Washington, D. C., for appellants.

Julius I. Peyser and Milton Strasburger, both of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB, HITZ, and GRONER, Associate Justices.

HITZ, Associate Justice.

This is a cross-appeal taken by the defendants below in Hammett v. Minar et al., 60 App. D. C. 286, 53 F.(2d) 144, just decided.

The only question presented for decision is based upon the allowance of costs to the plaintiff while dismissing her bill of complaint, which question was presented by brief and argument at the bar.

But the allowance of costs in equity is a matter of discretion with the court, not usually reviewable on appeal, and the court below twice considered the question of these costs, and twice came to the same conclusion regarding them; on the second occasion saying, "The adjudication of costs against the defendants in my former memorandum was not a clerical error, but intentional. I think that the Court is fully justified under the facts of this case in so adjudging costs."

And in our disposition of the main case on its merits, we have directed that the costs be paid by the defendants.

So much of the decree appealed from in this cross-appeal awarding costs to plaintiff is affirmed, with costs.